Navigation Company of England, Respondent.— Motion denied. Thomas, Stapleton and Rich, JJ., concurred; Jenks, P. J., and Mills, J., dissented.

Arthur J. Baldwin and Others, as Executors, etc., Appellants, v. The Bay Realty Company and Others, Respondents.— Motion to resettle order granted. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Irving Ballou, an Infant, etc., Plaintiff, v. Morris Block and Others, Defendants.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

The Catholic Foreign Missionary Society of America, Inc., Respondent, v. Joseph Oussani, Appellant, and Another, Defendant.— Motion granted. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

Harry Chestnut, Appellant, v. New York Consolidated Railroad Company, Respondent.— Motion for reargument granted, and case set down for Monday, September 27, 1915.   Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

James Garofano, as Administrator, etc., Respondent, v. Vincenzo Covino and Another, Appellants.— Motion denied.   Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

Lillius Grace, Appellant, v. Town of North Hempstead, Respondent.— Motion granted.   Security fixed at $5,000.   Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.   Order to be settled before Mr. Justice Stapleton.

Robert Grafton, Respondent, v. John Oscar Ball, Appellant.— Motions denied.   Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

John J. Hicks, Respondent, v. James H. Cocks and John S. Burke, Appellants. — Motion denied.   Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

In the Matter of the Application of Helen D. Burnett for the Payment of an Award on Damage Parcel No. 2 in the Van Alst Avenue School Site Proceeding.— Referee's report confirmed, and referee's fees fixed at the sum of $350, the expense of the proceedings to be paid by the petitioner. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.   Order to be settled on notice before Mr. Justice Carr.

In the Matter of the Application of Alfred L. Cameron for Admission to the Bar.— Matter referred to the committee on character.   Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

In the Matter of Rufus L. Perry, an Attorney.— Matter referred to Patrick E. Callahan, Esq., as referee, and the district attorney of Kings county designated to conduct the proceeding.   Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

In the Matter of Addison S. Sanborn, an Attorney.— Report of referee confirmed, and motion granted.   Thomas, Stapleton and Mills, JJ., concurred; Jenks, P. J., voted for suspension for fifteen years; Putnam, J., not voting.

In the Matter of the Application of the Superintendent of Banks, etc. Brooklyn Bank in the City of New York, Plaintiff, v. Borough Bank of